UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

ALEC HAYWARD-PREAUS

Plaintiff(s)

vs.

Case Number: 24-cv-00009-MTS

SMART FUTURES XPRESS, INC., AMANDEEP

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:
   Defendants, SMART FUTURES XPRESS, INC. and AMANDEEP SINGH

| | |
|---|---|
| January 10, 2024 | s/Stuart Campbell |
| Date | Signature |
| | Stuart D. Campbell |
| Type of Appointment: ☐ Retained ☐ CJA | Print Name |
| | Doerner, Saunders, Daniel & Anderson, LLP |
| ☐ FPD ☐ Pro Bono ☐ Pro Se | Firm Name |
| | Two West Second Street, Suite 700 |
| | Mailing Address |
| 11246 | Tulsa            OK       74103 |
| Oklahoma State Bar Number (If Applicable) | City            State   Zip Code |
| scampbell@dsda.com | 9185915242         9189255242 |
| e-mail address | Phone Number       Fax Number |

## Certificate of Service

I hereby certify that on  01/10/2024   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that  1/10/2024   (Date), I served the same document by:

[✔] U.S. Postal Service         [ ] In Person Delivery

[ ] Courier Service              [✔] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

   Donald E. Smolen, II
   Mathew S. Saint
   611 S. Detroit Ave.
   Tulsa, OK 74120

   Andrew T. Doney
   2 North Main St., Ste. 404
   Miami, OK 74354

s/Stuart Campbell
Signature