# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

ALEC HAYWARD-PREAUS

Plaintiff(s)

vs.

Case Number: 24-cv-00009-MTS

SMART FUTURES XPRESS, INC., AMAN

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Defendants, SMART FUTURES XPRESS, INC. and AMANDEEP SINGH

| | |
|---|---|
| January 10, 2024 | s/Kaylee Davis-Maddy |
| Date | Signature |
| Type of Appointment: ☐ Retained ☐ CJA ☐ FPD ☐ Pro Bono ☐ Pro Se | Kaylee Davis-Maddy |
| | Print Name |
| | Doerner, Saunders, Daniel & Anderson, LLP |
| | Firm Name |
| | 105 N Hudson, Suite 1000 |
| | Mailing Address |
| 31534 | Oklahoma City        OK    73102 |
| Oklahoma State Bar Number (If Applicable) | City        State    Zip Code |
| kmaddy@dsda.com | (405) 319-3513        (405) 319-3524 |
| e-mail address | Phone Number        Fax Number |

## Certificate of Service

I hereby certify that on  01/10/2024            (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that  1/10/2024            (Date), I served the same document by:

☑ U.S. Postal Service               ☐ In Person Delivery

☐ Courier Service                   ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

Donald E. Smolen, II
Mathew S. Saint
611 S. Detroit Ave.
Tulsa, OK 74120

Andrew T. Doney
2 North Main St., Ste. 404
Miami, OK 74354

s/Kaylee Davis-Maddy
Signature