IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEC HAYWARD-PREAUS, an Individual,<br><br>　Plaintiff,<br><br>v.<br><br>SMART FUTURE XPRESS, INC. a Foreign for-Profit Corporation; and AMANDEEP SINGH, an Individual,<br><br>　Defendants. | Case No. 24-CV-00009-MTS |

## ENTRY OF APPEARANCE

COMES NOW Donald E. Smolen, II, of the law firm SMOLEN | LAW, PLLC, and hereby enters his appearance as counsel of record for the Plaintiff, Alec Hayward-Preaus, and hereby requests that this Honorable Court and opposing counsel give notice to him of all proceedings scheduled and documents filed in this action.

Respectfully submitted,

SMOLEN | LAW, PLLC

/s/*Donald E. Smolen, II*
Donald E. Smolen, II, OBA #19944
611 S. Detroit Ave.
Tulsa, OK 74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
don@smolen.law
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 12th day of January, 2024, the foregoing was submitted to the Clerk of Court using the Court's ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record in this case.

/s/*Donald E. Smolen, II*