IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEC HAYWARD-PREAUS, an Individual,<br><br>    Plaintiff,<br><br>v.<br><br>SMART FUTURE XPRESS, INC. a Foreign for-Profit Corporation; and AMANDEEP SINGH, an Individual,<br><br>    Defendants. | Case No. 24-CV-00009-MTS |

**PLAINTIFF'S DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, Alec Hayward-Preaus, by and through his attorneys of record, and hereby demands a trial by jury as to all issues in this matter pursuant to Federal Rule of Civil Procedure 81(c)(3)(B)(ii).

Respectfully submitted,

SMOLEN | LAW, PLLC

/s/*Mathew S. Saint*
Donald E. Smolen, II, OBA #19944
Mathew S. Saint, OBA #31873
611 S. Detroit Ave.
Tulsa, OK 74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
don@smolen.law
matt@smolen.law
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 12th day of January 2024, the foregoing was submitted to the Clerk of Court using the Court's ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record in this case.

/s/*Mathew S. Saint*