**IN THE DISTRICT COURT IN AND FOR OTTAWA COUNTY**
**STATE OF OKLAHOMA**

| | |
|---|---|
| **ALEC HAYWARD-PREAUS,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CJ-2023-__38__ |
| ) | |
| **AMANDEEP SINGH,** ) | |
| ) | FILED |
| Defendant. ) | DISTRICT COURT |
| ) | OTTAWA CO. OKLA. |
| | MAR 1 6 2023 |
| | CASSIE K_____ |
| | BY_____ COURT CLERK |

**PETITION**

**COMES NOW** the Plaintiff, Alec Hayward-Preaus, and for his causes of action against Defendant, Amandeep Singh, allege and state as follows, to wit:

That Plaintiff, Alec Hayward-Preaus, is a resident of the County of Ottawa, State of Oklahoma. That to the best knowledge and belief of Plaintiff, Defendant, Amandeep Singh is resident of the City of Greenwood, County of Johnson, State of Indiana. That the negligent actions of Defendant, Amandeep Singh, took place in the County of Ottawa, State of Oklahoma. This Court is the proper Court to hear this action.

**CAUSE OF ACTION**

That on the 5th day of April, 2021, on a public roadway designated as I-44, County of Ottawa, State of Oklahoma, the Defendant, Amandeep Singh, negligently drove a motor vehicle so as to collide with a vehicle being then and there lawfully driven by Plaintiff, Alec Hayward-Preaus. Defendant, Amandeep Sinigh, was inattentively operating the semitruck, left the roadway, and rear-ended Mr. Preaus who was legally parked assisting a broken-down vehicle.

As a result, the Plaintiff, Alec Hayward-Preaus, was thrown about and injured, shattering the back windshield with his head, prevented from transacting his business, suffered great pain of body and mind and incurred expenses for medical attention, hospitalization, and loss wages.

**WHEREFORE,** premises considered, Plaintiff, Alec Hayward-Preaus, demands judgment against Defendant, Amandeep Singh, in a sum in excess of $75,000.00 with interests and costs as provided by law.

**EXHIBIT 1**

Respectfully submitted.

DONEY LAW PLLC

By: _____
Andrew T. Doney, OBA #31366

2 North Main St., Ste. 404
Miami, OK   74354
(918) 540-2199 Fax (918) 540-1999
andrew@doney.law
*Attorney for Plaintiff*

**ATTORNEY LIEN CLAIMED, JURY TRIAL NOT WAIVED**

## VERIFICATION

**STATE OF OKLAHOMA, COUNTY OF OTTAWA, SS:**

Alec Hayward-Preus, of lawful age, being first duly sworn on oath, states:

That I have read the above and foregoing Petition; am familiar with the contents thereof; and the statements and allegations therein contained are true and correct.

_____
Alec Hayward-Preus

Subscribed and sworn to before me this 16th day of March, 2023.

_____
Notary Public

My commission expires:

_____

My commission number:

OFFICIAL SEAL
BEVERLY CHANEY
NOTARY PUBLIC OKLAHOMA
CRAIG COUNTY
COMM. NO. 17011264 EXP. 12-11-2025