OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

# IN THE DISTRICT COURT IN AND FOR <u>OTTAWA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| HAYWARD-PREAUS, ALEC STONE VS. SINGH, AMANDEEP | No. CJ-2023-00038<br>(Civil relief more than $10,000: PERSONAL INJURY - VEHICULAR)<br><br>Filed: 03/16/2023<br><br>Judge: MCAFFREY, JENNIFER |

## PARTIES

HAYWARD-PREAUS, ALEC STONE, Plaintiff
SINGH, AMANDEEP, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| DONEY, ANDREW<br>FIRST NATIONAL BANK BUILDING<br>2 NORTH MAIN, STE 404<br>MIAMI, OK 74354 | |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Wednesday, July 24, 2024<br>    CIVIL-COURT CLERK TRACKING ONLY | | | |

## ISSUES

1.  PERSONAL INJURY - VEHICULAR

EXHIBIT 2

# DOCKET

| Date | Code | Description | |
|---|---|---|---|
| 03/16/2023 | [ TEXT ] | | $ 163.00 |
| | | PETITION FOR OVER 10,000 | |
| | | Document Available (#1023839481)  TIFF    PDF | |
| | | (Entry with fee only) | $ 6.00 |
| | | (Entry with fee only) | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | $ 25.00 |
| | | LENGTHY TRIAL FUND- EFFECTIVE 1-1-05 | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | $ 0.16 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | $ 0.45 |
| | | COURTHOUSE SECURITY FEE | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | $ 1.00 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | $ 2.48 |
| | | COURT CLERK PRESERVATION FUND | $ 10.00 |
| 03/16/2023 | [ TEXT ] | | $ 10.00 |
| | | SUMMONS ISSUED AMANDEEP SINGH | |
| | | Document Available (#1023839483)  TIFF    PDF | |
| 03/17/2023 | [ TEXT ] | | $ -4.33 |
| | | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | |
| | | (Entry with fee only) | $ -0.04 |
| | | (Entry with fee only) | $ -0.63 |
| | | (Entry with fee only) | $ -0.25 |
| | | (Entry with fee only) | $ -0.06 |
| | | (Entry with fee only) | $ -0.15 |
| | | (Entry with fee only) | $ -0.18 |
| | | (Entry with fee only) | $ -0.25 |
| | | (Entry with fee only) | $ -0.13 |
| | | (Entry with fee only) | $ -0.04 |
| | | (Entry with fee only) | $ -0.01 |
| | | (Entry with fee only) | $ -0.24 |
| | | AJE: COST DUE TO CARD ALLOCATION FEE | $ 6.31 |
| 09/01/2023 | [ TEXT ] | | |
| | | MOTION TO EXTEND SERVICE DEADLINE | |
| | | Document Available (#1023839482)  TIFF    PDF | |

| Date | Type | | Amount |
|---|---|---|---|
| 09/05/2023 | [ TEXT ] | | |
| | ORDER EXTENDING SERVICE DEADLINE | | |
| | Document Available (#1023839484)  TIFF   PDF | | |
| 09/21/2023 | [ TEXT ] | | |
| | PLAINTIFF'S FIRST AMENDED PETITION | | |
| | Document Available (#1026360821)  TIFF   PDF | | |
| 09/21/2023 | [ TEXT ] | | |
| | ENTRY OF APPEARANCE | | |
| | Document Available (#1026360809)  TIFF   PDF | | |
| 09/21/2023 | [ TEXT ] | | |
| | ENTRY OF APPEARANCE | | |
| | Document Available (#1026360819)  TIFF   PDF | | |
| 10/05/2023 | [ TEXT ] | | $ 10.00 |
| | SUMMONS ISSUED | | |
| | Document Available (#1028019157)  TIFF   PDF | | |
| 12/06/2023 | [ TEXT ] | | |
| | SECOND MOTION TO EXTEND SERVICE DEADLINE | | |
| | Document Available (#1043018456)  TIFF   PDF | | |
| 12/06/2023 | [ TEXT ] | | |
| | AFFIDAVIT OF SERVICE | | |
| | Document Available (#1043020087)  TIFF   PDF | | |
| 12/06/2023 | [ TEXT ] | | |
| | ORDER EXTENDING SERVICE DEADLINE | | |
| | Document Available (#1043020146)  TIFF   PDF | | |
| 01/12/2024 | [ TEXT ] | | |
| | NOTICE OF NOTICE OF REMOVAL | | |
| | Document Available (#1050503096)  TIFF   PDF | | |