## IN THE DISTRICT COURT IN AND FOR OTTAWA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| ALEC HAYWARD-PREAUS, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> SMART FUTURE XPRESS, INC. a Foreign for-Profit Corporation; and AMANDEEP SINGH, an Individual, <br><br> Defendants. | FILED <br> DISTRICT COURT <br> OTTAWA CO. OKLA. <br><br> SEP 01 2023 <br><br> CASSIE ... Y COURT CLERK <br> BY *G. Blalock* <br><br> Case No. CJ-2023-38 <br><br> ATTORNEY LIEN CLAIMED |

## MOTION TO EXTEND SERVICE DEADLINE

COMES NOW the Plaintiff, Alec Hayward-Preaus, by and through his attorneys of record, SMOLEN | LAW, PLLC and asks the Court to extend the deadline for him to obtain service upon Defendants. In support, Plaintiff states the following:

1. On March 16, 2023, Plaintiff filed his original Petition with this Court in CJ-2023-38, alleging claims of negligence against the Defendants arising out of a motor vehicle collision which occurred April 5th, 2021.

2. Pursuant to Okla. Stat. tit. 12 § 2004(I), the deadline for Plaintiff to serve Defendants with the Petition in this case is September 12. 2023.

3. Plaintiff is attempting to identify an additional defendant for purposes of filing an amended complaint. Plaintiff believes he will be able to locate this additional defendant within that time period.

4. Accordingly, Plaintiff requests an additional ninety (90) days, until December 11, 2023 to locate the additional party.

5. For the Court's convenience, a proposed order is being submitted herewith.

**EXHIBIT 3**

WHEREFORE, premises considered, Plaintiff prays the Court grant him an additional ninety (90) days, until December 11, 2023 to perfect service on Defendants.

Respectfully submitted,

SMOLEN | LAW, PLLC

Donald E. Smolen, II, OBA #19944
Mathew S. Saint, OBA #31873
611 S. Detroit Ave.
Tulsa, OK  74120
Tel:  918-777-4529
Fax:  918-890-4529
don@smolen.law
matt@smolen.law
*Attorneys for Plaintiff*