IN THE DISTRICT COURT IN AND FOR OTTAWA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| ALEC HAYWARD-PREAUS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>SMART FUTURE XPRESS, INC. a Foreign for-Profit Corporation; and AMANDEEP SINGH, an Individual,<br><br>Defendants. | Case No. CJ-2023-38<br><br>ATTORNEY LIEN CLAIMED |

FILED
DISTRICT COURT
OTTAWA CO. OKLA.

SEP 0 5 2023

CASSIE KEY COURT CLERK
BY G. Blalock

## ORDER EXTENDING SERVICE DEADLINE

Upon the motion of Plaintiff, Alec Hayward-Preaus, and for good cause shown, the Court finds that the deadline for serving Plaintiff's Petition upon Defendants Smart Future Xpress, Inc. and Amandeep Singh should be extended ninety (90) days, until December 11, 2023.

JUDGE OF DISTRICT COURT

PREPARED BY:

Mathew S. Saint, OBA #31873
611 S. Detroit Ave.
Tulsa, OK 74120
Tel: 918-777-4529
Fax: 918-890-4529
matt@smolen.law
*Attorneys for Plaintiff*

EXHIBIT 4