# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| CJ-2023-38 | District Court in and for Ottawa County, State of Oklahoma | Ottawa, OK | 9850036 |
| **Plaintiff / Petitioner:** Alec Hayward-Preaus | | **Defendant / Respondent:** Smart Future XPress, Inc; Amandeep Singh | |
| **Received by:** Hoosier Process Service, LLC | | **For:** Smolen Law | |
| **To be served upon:** Smart Future XPress, Inc. c/o Amandeep Singh, Registered Agent | | | |

I, Jon Robb, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Rajvir Kaur, 1064 Long Stand Dr, Greenwood, IN 46143
**Manner of Service:** Corporation, Nov 4, 2023, 11:09 am EDT
**Documents:** Original Summons, Petition

**Additional Comments:**
1) Unsuccessful Attempt: Nov 2, 2023, 6:55 pm EDT at 1064 Long Stand Dr, Greenwood, IN 46143
No answer at the door.

2) Successful Attempt: Nov 4, 2023, 11:09 am EDT at 1064 Long Stand Dr, Greenwood, IN 46143 received by Rajvir Kaur. Relationship: Authorized Agent;
Spoke with the registered agent's sister, and she took the documents after indicating she was authorized to do so. She also indicated that the registered agent was out of town until the 27th.

_____   11/04/2023
Jon Robb                   Date

Hoosier Process Service, LLC
Indianapolis, IN 46254
317-829-0420

FILED
DISTRICT COURT
OTTAWA CO. OKLA
DEC 06 2023
CASSIE KEY COURT CLERK
BY P. Blalock

EXHIBIT 6

IN THE DISTRICT COURT IN AND FOR OTTAWA COUNTY
STATE OF OKLAHOMA

ALEC HAYWARD-PREAUS, an Individual,

    Plaintiff,

v.

SMART FUTURE XPRESS, INC. a Foreign for-Profit Corporation; and AMANDEEP SINGH, an Individual,

    Defendants.

Case No. CJ-2023-38

ATTORNEY LIEN CLAIMED

## ORIGINAL SUMMONS

**SERVE BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

SMART FUTURE XPRESS, INC.
c/o Amandeep Singh, Registered Agent
1064 Long Stand Drive
Greenwood, IN 46143

To the above-named Defendant(s)

You have been sued by the above-named plaintiff(s), and you are directed to file a written answer to the attached petition and order in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the petition within the time stated judgment will be rendered against you with costs of the action.

Issued this 5th day of Oct., 2023

County Court Clerk _Carrie Do_

By _R. Blalock_
Deputy Court Clerk

(Seal)

This summons and order was served on _____

_____
(Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

**Return ORIGINAL for filing.**