BUSINESS INFORMATION
DIEGO MORALES
INDIANA SECRETARY OF STATE
02/05/2024 12:22 PM

## Business Details

| | |
|---|---|
| Business Name: | **SMART FUTURE XPRESS INC** |
| Entity Type: | **Domestic For-Profit Corporation** |
| Creation Date: | **07/11/2020** |
| Principal Office Address: | **1064 Long stand drive, Greenwood, IN, 46143, USA** |
| Jurisdiction of Formation: | **Indiana** |
| Business ID: | **2020071114405091** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **07/31/2024** |
| Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| President | Amandeep Singh | 1064 Long stand drive, Greenwood, IN, 46143, USA |
| President | Amandeep Singh | 1064 long stand dr, Greenwood, IN, 46143, USA |

## Incorporators Information

| Name | Title | Address |
|---|---|---|
| Amandeep Singh | Incorporator | 410 Remington Pt. Apt 207, Greenwood, IN, 46143, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Individual** |
| Name: | **Amandeep Singh** |
| Address: | **1064 Long stand drive, Greenwood, IN, 46143, USA** |

**EXHIBIT 1**