# U.S. Department of Transportation
# Federal Motor Carrier Safety Administration
# REGISTER

A Daily Summary of Motor Carrier Applications and of Decisions and Notices Issued by the Federal Motor Carrier Safety Administration

---

**DECISIONS AND NOTICES RELEASED December 17, 2020 -- 10:30 AM**

**NOTICE**

Please note the timeframe required to revoke a motor carrier's operating authority for failing to have sufficient levels of insurance on file is a 33 day process. The process will only allow a carrier to hold operating authority without insurance reflected on our Licensing and Insurance database for up to three (3) days. Revocation decisions will be tied to our enforcement program which will focus on the operations of uninsured carriers. This process will further ensure that the public is adequately protected in case of a motor carrier crash. Accordingly, we are adopting the following procedure for revocation of authority; 1) The first notice will go out three (3) days after FMCSA receives notification from the insurance company that the carrier's policy will be cancelled in 30 days. This notification informs the carrier that it must provide evidence that it is in full compliance with FMCSA's insurance regulations within 30 days. 2) If the carrier has not complied with FMCSA's insurance requirements after 30 days, a final decision revoking the operating authority will be issued.

## NAME CHANGES

| NUMBER | TITLE | DECIDED |
|---|---|---|
| MC-1007163 | SMART FUTURE XPRESS INC - GREENWOOD, IN | 12/14/2020 |
| MC-1022844 | KRIS HYDE TRUCKING - CANTON, GA | 12/14/2020 |
| MC-1029491 | KOTYK TRUCKING LLC - SEATTLE, WA | 12/14/2020 |
| MC-1047216 | DRL TRANS LLC - WARREN, MI | 12/14/2020 |
| MC-1049110 | DIGBY'S CCL - ARVADA, CO | 12/14/2020 |
| MC-1069976 | MBB SYSTEMS LLC - JACKSONVILLE, FL | 12/14/2020 |
| MC-1083742 | MATTHEW M MCNAIR - HOLLIDAY, TX | 12/14/2020 |
| MC-1107030 | RELOCATION MANAGEMENT GROUP INC - BOYNTON BEACH, FL | 12/14/2020 |
| MC-1112661 | H&M SERVICES AND INVESTMENT GROUP, INC. - HOMESTEAD, FL | 12/14/2020 |
| MC-1112788 | KARIM TRUCKING LLC - CHESHIRE, CT | 12/14/2020 |
| MC-1120173 | GGT FREIGHT LLC - METTER, GA | 12/14/2020 |
| MC-1122535 | AMS TRANSPORTATION LLC - MINNEAPOLIS, MN | 12/14/2020 |
| MC-1124194 | RIGOBERTO OLIVA - MURFREESBORO, TN | 12/14/2020 |
| MC-1127355 | SMART LOGISTICS ENTERPRISES LLC - WAYNESVILLE, MO | 12/14/2020 |
| MC-1135352 | SIDNEY FRAZIER SR - CARROLLTON, TX | 12/14/2020 |
| MC-1135526 | KANDOR TRUCKING LTD - JOLIET, IL | 12/14/2020 |
| MC-1138483 | LCCR INVESTMENT GROUP, LLC - BENSON, NC | 12/14/2020 |
| MC-1142922 | SINGLETARY INVESTMENTS LLC - MOULTRIE, GA | 12/14/2020 |
| MC-1143816 | FRANKLIN SERVICES LLC - FRANKFORT, IL | 12/14/2020 |
| MC-1151653 | ROYAL LIMO EXCHANGE INC - HOPKINS, MN | 12/14/2020 |
| MC-1151999 | ALAN LOGISTICS LLC - RALEIGH, NC | 12/14/2020 |
| MC-1152213 | HILL FREIGHT LLC - ANSONIA, CT | 12/14/2020 |
| MC-1155118 | ETIENNE LOGISTICS LLC - JONESBORO, GA | 12/14/2020 |
| MC-1157219 | JOSEPH M VAILLANCOURT - WHITE RIV JCT, VT | 12/14/2020 |
| MC-1159186 | RAH TRANSPORTATION LLC - PALMYRA, NJ | 12/14/2020 |
| MC-1159554 | ANDY VAZQUEZ DIAZ - ODESSA, TX | 12/14/2020 |
| MC-1161332 | POWER MOVES MIAMI LLC - CUTLER BAY, FL | 12/14/2020 |
| MC-1161960 | G Q LOGISTICS LLC - MAXTON, NC | 12/14/2020 |
| MC-1163212 | J.P DELLEY LLC - PFLUGERVILLE, TX | 12/14/2020 |
| MC-1163957 | XECUTIVE WAY CLC LLC - MILWAUKEE, WI | 12/14/2020 |
| MC-1164213 | ODIE BONDS - BURKEVILLE, TX | 12/14/2020 |

**DECISIONS AND NOTICES RELEASED December 17, 2020**

| Number | Title | | |
|---|---|---|---|
| MC-1167150-C | SC3D TRANSPORT & LOGISTICS LLC - ANTELOPE, CA | 11/13/2020 | 12/14/2020 |
| MC-1167152-C | P&J CARRIERS LLC - CONCORD, NC | 11/13/2020 | 12/14/2020 |
| MC-1167153-C | ROLLAND EXPRESS TRANSIT LLC - FOREST PARK, GA | 11/13/2020 | 12/14/2020 |
| MC-1167154-C | JAGS LOGISTICS LLC - LORTON, VA | 11/13/2020 | 12/14/2020 |
| MC-1167155-C | HEBERT'S EXPEDITING & LOGISTICS PORTAL, L - NEDERLAND, TX | 11/13/2020 | 12/14/2020 |
| MC-1167157-C | FACT TRANSIT LLC - MIDLOTHIAN, TX | 11/13/2020 | 12/14/2020 |
| MC-1167159-C | MF TRUCKING LLC - COLUMBUS, OH | 11/13/2020 | 12/14/2020 |
| MC-1167160-C | WOO10 LLC - PANORAMA CITY, CA | 11/13/2020 | 12/14/2020 |
| MC-1167162-C | D & G LOGISTICS LLC - SAN LUIS, AZ | 11/13/2020 | 12/14/2020 |
| MC-1167163-C | ASHKIR LOGISTICS LLC - MINNEAPOLIS, MN | 11/13/2020 | 12/14/2020 |
| MC-1167291-C | TRI-COUNTY RECYCLING INC - JOHNSON CITY, TN | 11/13/2020 | 12/14/2020 |
| MC-131539-C | GET-EM-GONE TOWING LLC - UPPR MARLBORO, MD | 11/13/2020 | 12/14/2020 |
| MC-23189-C | JOSHUA J WAYE - DARIEN, GA | 11/12/2020 | 12/14/2020 |
| MC-46433-C | MCCULLOUGH CHAQUILLE SHELTON 111 LLC - WINSTON SALEM, NC | 11/12/2020 | 12/14/2020 |
| MC-48986-B | SUPER NOVA XPRESS INCORPORATED - CHICAGO, IL | 11/12/2020 | 12/14/2020 |
| MC-48986-C | SUPER NOVA XPRESS INCORPORATED - CHICAGO, IL | 11/12/2020 | 12/14/2020 |
| MC-722471-C | BRONZE STAR SERVICES INC - JOHNSTOWN, CO | 11/12/2020 | 12/14/2020 |
| MC-72590-C | MIKE'S TRANSPORTATION, LLC - HATTIESBURG, MS | 11/13/2020 | 12/14/2020 |
| MC-96204-C | DMV BEST MOVERS LLC - ARLINGTON, VA | 11/12/2020 | 12/14/2020 |
| MC-988297-C | PENDER TRANSPORTATION, INC - GLYNDON, MN | 11/13/2020 | 12/14/2020 |

**WITHDRAWAL OF APPLICATION AT REQUEST OF APPLICANT**

| NUMBER | TITLE |
|---|---|
| FF-41195-P | OFFICIAL TRUCKING - BALTIMORE, MD |
| FF-42104-P | HENDERSONSTOOL SOLUTIONS - ROCHESTER, MN |
| FF-42759-P | BURNS FREIGHT AND TRANSPORT SERVICES LLC - ATLANTA, GA |
| FF-43139-P | KA LEAVER LBS LLC - TAVARES, FL |
| FF-43166-P | LJMC TRUCKING - ROCK HILL, SC |
| FF-43204-P | BASCO TRANSPORT LLC - NANUET, NY |
| FF-43260-P | WHEREVER I MAY ROAM - UNION GROVE, AL |
| FF-43272-P | 1101 GLOBAL TRUCKING - WASHINGTON, DC |
| FF-43424-P | TAYLOR LOGISTICS SERVICES - SYLVANIA, GA |
| FF-43493-P | UNITED CUSTOMS SERVICES INC - DORAL, FL |
| FF-43495-P | T MAY HOTSHOT SERVICES LLC - GLENN HEIGHTS, TX |
| FF-43586-P | WHIPIT FREIGHT - KENNESAW, GA |
| MC-1135916-C | CNG TRUCKING AND LOGISTICS LLC - ALBRIGHTSVLLE, PA |
| MC-1145406-C | CHEEKS TRUCKING LLC - CHAMPAIGN, IL |
| MC-1155951-B | VIDA LUXURY TOWING INC - HIALEAH, FL |
| MC-1156742-C | JT HAULIN LLC - PORT ST LUCIE, FL |
| MC-1166560-C | LBMTRUCKINGLLC - ALBANY, NY |
| MC-1167233-C | KA LEAVER LBS LLC - TAVARES, FL |
| MC-1167574-C | CIRCLE P CONTRACTORS - SHREVEPORT, LA |
| MC-1170283-C | ATF TRANSPORTATION LLC - STOCKBRIDGE, GA |
| MC-1171232-C | ESTEVEZ TOWING RECOVERY - HOUSTON, TX |
| MC-1171694-C | GOT YOU DELIVERY - WDM, IA |
| MC-1171880-C | UNITED CUSTOMS SERVICES INC - DORAL, FL |
| MC-1172220-B | TURF ENVY - CANTON, MA |

**REVOCATION ACTIONS**

| NUMBER | TITLE | DECIDED | DECISION TYPE |
|---|---|---|---|
| FF-38271-P | FIDELITONE FREIGHT FORWARDING SERVICES, L - WAUCONDA, IL | 12/17/2020 | REINSTATEMENT |

**EXHIBIT 2**

DECISIONS AND NOTICES RELEASED December 17, 2020

| MC Number | Name - Location | Date | Action |
|---|---|---|---|
| MC-1085899-C | D I A LOGISTICS LLC - DAYTON, OH | 12/17/2020 | DISCONTINUANCE |
| MC-1085982-C | RAPID INTERNATIONAL TRANSPORTATION LLC - BRODNAX, VA | 12/17/2020 | NOTICE |
| MC-1086268-C | INTERNATIONAL CONNECTIONS CIB LLC - LAREDO, TX | 12/17/2020 | NOTICE |
| MC-1087409-C | MIKE MCGILLEN - SILVER STAR, MT | 12/17/2020 | REINSTATEMENT |
| MC-1088763-C | LION VANLINES LLC - ST PETERSBURG, FL | 12/17/2020 | NOTICE |
| MC-1089197-C | 5TH MALONE TRUCKING LLC - GLENDALE, CA | 12/17/2020 | NOTICE |
| MC-1090094-C | FLASH TRUCKING LLC - HOUSTON, TX | 12/17/2020 | NOTICE |
| MC-1091161-P | GODSPEED LOGISTICS LLC - READING, PA | 12/17/2020 | NOTICE |
| MC-1092176-C | DUO LOGISTICS LLC - SNELLVILLE, GA | 12/17/2020 | NOTICE |
| MC-1092220-C | SS TRANSPORT INC - AURORA, CO | 12/17/2020 | DISCONTINUANCE |
| MC-1094200-C | CUMBERLAND TRANSPORT LLC - NASHVILLE, TN | 12/17/2020 | NOTICE |
| MC-1094392-C | ERNESTO BARAJAS MONTEJANO - STOCKTON, CA | 12/17/2020 | NOTICE |
| MC-1095115-C | TRW TRANSIT LLC - KENNESAW, GA | 12/17/2020 | NOTICE |
| MC-1095307-C | D & Y LOGISTICS LLC - FOSTORIA, OH | 12/17/2020 | DISCONTINUANCE |
| MC-1096363-C | NAS TRANSPORTATION SERVICES LLC - HOUSTON, TX | 12/17/2020 | DISCONTINUANCE |
| MC-1097675-C | RAIDEN EXPRESS LLC - LAREDO, TX | 12/17/2020 | DISCONTINUANCE |
| MC-1098073-C | BIG JOE TRANSPORTATION INC - WORCESTER, MA | 12/17/2020 | NOTICE |
| MC-1098895-C | WC TRANSPORTATION LLC - PARKERSBURG, WV | 12/17/2020 | VOLUNTARY |
| MC-1099440-C | EUCEDAS TRUCKING LLC - CEDAR HILL, TX | 12/17/2020 | DISCONTINUANCE |
| MC-1099580-P | RAHMAN LOGISTICS LLC - COLUMBUS, OH | 12/17/2020 | NOTICE |
| MC-1099870-C | MOSS DEVELOPMENTS LLC - AUSTIN, TX | 12/17/2020 | NOTICE |
| MC-1100037-C | EPIC LOGISTICS & COMPANY INC - JACKSONVILLE, FL | 12/17/2020 | NOTICE |
| MC-1100449-C | BCDL HAULING LLC - INDEPENDENCE, MO | 12/17/2020 | NOTICE |
| MC-1102462-C | PLATINUM ELITE TRANSPORTATION LLC - GARLAND, TX | 12/17/2020 | NOTICE |
| MC-1102863-C | ==AMANDEEP SINGH - YUBA CITY, CA== | 12/17/2020 | ==DISCONTINUANCE== |
| MC-1103219-C | ON TIME COURIER 1 LLC - HOUSTON, TX | 12/17/2020 | DISCONTINUANCE |
| MC-1103466-C | RG CAR TRANSPORT LLC - MIAMI, FL | 12/17/2020 | NOTICE |
| MC-1104189-C | FDM HOLDINGS LLC - CINCINNATI, OH | 12/17/2020 | DISCONTINUANCE |
| MC-1104596-C | ACOSTA TRANSPORT LLC - LOS LUNAS, NM | 12/17/2020 | NOTICE |
| MC-1105663-C | RAYZR'S EDGE TRUCKIN LLC - WATERTOWN, WI | 12/17/2020 | NOTICE |
| MC-1105971-C | M S T CORP - CONIFER, CO | 12/17/2020 | NOTICE |
| MC-1106897-C | AANDJTRUCKING LLC - ENGLEWOOD, CO | 12/17/2020 | NOTICE |
| MC-1106911-C | GREENCO GLOBAL PARTNERS LLC - DALLAS, TX | 12/17/2020 | NOTICE |
| MC-1107086-C | FERNANDO NUNEZ CRUZ - MERCED, CA | 12/17/2020 | DISCONTINUANCE |
| MC-1107596-C | TWO DYNAMIC CARRIERS INC - LAREDO, TX | 12/17/2020 | NOTICE |
| MC-1107851-C | CHARLES DILLARD - PARIS, TX | 12/17/2020 | NOTICE |
| MC-1108102-C | BOMA TRUCKING LLC - CANBY, OR | 12/17/2020 | NOTICE |
| MC-1108576-C | A NATION TRANSPORTATION LLC - RICHMOND, VA | 12/17/2020 | NOTICE |
| MC-1108901-C | JWS TRUCKING LLC - MESA, AZ | 12/17/2020 | NOTICE |
| MC-1109746-C | JOY TRANSIT LLC - MEMPHIS, TN | 12/17/2020 | NOTICE |
| MC-1109941-C | GRAND MOUNT CORPORATION - DES MOINES, IA | 12/17/2020 | NOTICE |
| MC-1109987-C | ITM DISTRIBUTION LLC - CLEVELAND, OH | 12/17/2020 | NOTICE |
| MC-1110118-C | RSB MANAGEMENT SOLUTION LLC - CAPITOL HGTS, MD | 12/17/2020 | NOTICE |
| MC-1110555-C | MDK TRUCKING LLC - BOONEVILLE, MS | 12/17/2020 | DISCONTINUANCE |
| MC-1110806-C | EFREM DAMON HOOPER - CHARLOTTE, NC | 12/17/2020 | NOTICE |
| MC-1111219-C | OMG EXPRESS TRUCKING LLC - VENUS, TX | 12/17/2020 | NOTICE |
| MC-1111304-C | MAIN LOGISTICS 2 INC - AUBURN, GA | 12/17/2020 | NOTICE |
| MC-1111309-C | M A D TRANSPORTER 3 LLC - PHENIX CITY, AL | 12/17/2020 | NOTICE |
| MC-1112168-C | CAMBRI TRUCKING INC - LAREDO, TX | 12/17/2020 | NOTICE |
| MC-1112367-C | MENTORING YOUTH TRANSPORTATION LLC - COLUMBUS, GA | 12/17/2020 | DISCONTINUANCE |

**EXHIBIT 2**