2/5/24, 1:08 PM                                      SAFER Web - Company Snapshot AMANDEEP SINGH

○ USDOT Number  ○ MC/MX Number  ○ Name

Enter Value: 2116030

Search

**Company Snapshot**
AMANDEEP SINGH
USDOT Number: 2116030

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**Other Information for this Carrier**

▼ SMS Results
▼ Licensing & Insurance

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to SAFER General Help.

The information below reflects the content of the FMCSA management information systems as of 02/04/2024.

To find out if this entity has a pending insurance cancellation, please click here.

| | | | |
|---|---|---|---|
| Entity Type: | CARRIER | | |
| Operating Status: | AUTHORIZED FOR Property | Out of Service Date: | None |
| Legal Name: | AMANDEEP SINGH | | |
| DBA Name: | CK EXPRESS | | |
| Physical Address: | 4065 SAN FILIPPO WAY SACRAMENTO, CA  95834 | | |
| Phone: | (916) 601-6621 | | |
| Mailing Address: | 4065 SAN FILIPPO WAY SACRAMENTO, CA  95834 | | |
| USDOT Number: | 2116030 | State Carrier ID Number: | |
| MC/MX/FF Number(s): | MC-815610 | DUNS Number: | -- |
| Power Units: | 1 | Drivers: | 1 |
| MCS-150 Form Date: | 12/31/2023 | MCS-150 Mileage (Year): | 552,009 (2023) |

**Operation Classification:**

| | | |
|---|---|---|
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| x General Freight | Liquids/Gases | Chemicals |
| x Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | x Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | x Beverages |
| Drive/Tow away | Livestock | x Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | x Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| x Fresh Produce | x US Mail | |

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

US Inspection results for 24 months prior to: 02/04/2024

**EXHIBIT 3**