An official website of the United States government Here's how you know

United States Department of Transportation



Search

Home / Frequently Asked Questions

IN THIS SECTION

## What are the definitions of motor carrier, broker and freight forwarder authorities?

**Question:**
What are the definitions of motor carrier, broker and freight forwarder authorities?

**Answer:**
A motor carrier operates commercial motor vehicles (CMV's) to transport property, passengers, or hazardous materials (HAZMAT) and is involved in commerce (transportation related to a business). It could be a company with several power units, or it could be an owner-operator.

Note: CMVs include vehicles with Gross Vehicle Weight Rating (GVWR, which is the prescribed weight limit from the vehicle manufacturer, indicating the total amount the vehicle can weigh to operate safely) or Gross combination weight (GVW, which is the total weight of the *truck*, any trailers and cargo), of 10,001 pounds or more, whichever is greater.

A broker is the "middle person" between a shipper and a motor carrier. Brokers arrange for the transportation of property or household goods. They don't transport the property, don't operate motor vehicles or have drivers, and don't assume responsibility for the cargo being transported. Hence, they don't directly engage with it.

A freight forwarder organizes shipments for individuals or corporations. Freight forwarders assemble and consolidate shipments and provide for break-bulk and distribution of shipments. Unlike Brokers, Freight Forwarders assume responsibility for the transportation and may transport the freight itself. Therefore, they are involved directly or indirectly with the cargo.

Note: If you only transport Freight, you are not a Freight Forwarder.

To learn more about entity types, see our video "How To Identify Entity Types". Also located on the FMCSA Registration Home Page.

Last Updated: May 22, 2023

U.S. DEPARTMENT OF TRANSPORTATION

Federal Motor Carrier Safety Administration

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

1-800-832-5660

Subscribe To Email Updates

About

About FMCSA

Regulations

Safety

Analysis

FMCSA Portal

### News and Events

FMCSA Newsroom

Press Releases

Emergency Declarations

### Resources

Career Center

Resources for Carriers

Resources for Consumers

Resources for Drivers

Forms

Contact Us

Trending Topics

### Policies, Rights, Legal

About DOT

Budget and Performance

Civil Rights

FOIA

Information Quality

No FEAR Act

Office of Inspector General

Privacy Policy

Vulnerability Disclosure Policy

USA.gov

Web Policies and Notices

Web Standards

**EXHIBIT 4**