IN THE DISTRICT COURT IN AND FOR OTTAWA COUNTY
STATE OF OKLAHOMA

ALEC HAYWARD-PREAUS, an Individual,

    Plaintiff,

v.

SMART FUTURE XPRESS, INC. a Foreign for-Profit Corporation; and AMANDEEP SINGH, an Individual,

    Defendants.

Case No. CJ-2023-38

ATTORNEY LIEN CLAIMED

FILED
DISTRICT COURT
OTTAWA CO. OKLA.
DEC 0 6 2023
CASSIE KEY COURT CLERK
BY G. Blalock

## ORDER EXTENDING SERVICE DEADLINE

Upon the motion of Plaintiff, Alec Hayward-Preaus, and for good cause shown, the Court finds that the deadline for serving Plaintiff's Petition upon Amandeep Singh should be, and is hereby extended ninety (90) days, until March 11, 2024.

                                  JUDGE OF DISTRICT COURT

PREPARED BY:

Mathew S. Saint, OBA #31873
611 S. Detroit Ave.
Tulsa, OK 74120
Tel: 918-777-4529
Fax: 918-890-4529
matt@smolen.law
*Attorneys for Plaintiff*