# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Pg 1 of 4

|  | Y | N |  | Y | N |
|---|---|---|---|---|---|
| Incident Report |  | X |  |  |  |
| Investigation Completed | X |  | Revised |  | X |
| Investigation Made at Scene | X |  | Fatality |  | X |
| Photographs | X |  | Hit and Run |  | X |

**(1) Reporting Agency:** OKLAHOMA HIGHWAY PATROL
**Case Number (Agency Use):** 21-007675
**Motor Vehicles Involved:** 02
**Number Injured:** 00
**Number Killed:** 00

**(2) Date of Collision:** 04/05/2021
**Time:** 2215
**County Number and Name:** 58 OTTAWA
**Nearest City or Town:** Near, 00 MIAMI

**(3) Distance from Nearest City or Town Limits:** N 0009 Mi., E 00 00 00, 00
**East Grid:** 033 5
**North Grid:** 034 9
**Administrative:** PARIS

**(4) Street, Road or Highway:** I-44 (WILL ROGERS TURNPIKE)
**Distance from:** At 0006 Mi. N
**(Nearest) Intersecting Street, Road or Highway:** TPU 81.66

---

**(5) Unit:** 01  **Occupants:** 01  **Type:** D  **Hit & Run CMV:** X
**Last Name:** SINGH  **First:** AMANDEEP
**Date of Birth:** 07/10/1990  **Sex:** M

**(6) Address:** 410 REMINGTON PT  **City:** GREENWOOD  **State:** IN  **Zip:** 46143  **Telephone:** (317)431-8907

**(7) Driver License Number:** 9370590926  **State:** IN  **Class:** A
**Inj. Sev.:** 1  **Type of Injury:** 0  **Drv./Ped. Cond.:** 01  **OP Use:** 04

**(8) Air Bag:** 1  **Ejected:** 1  **Extricated:** 0  **Test:** 5  **(% BAC):** 0.
**License Plate Number:** XP36115  **State:** CA  **Month:** 12  **Year:** 2021

**(9) VIN:** 3AKJGLD54GSGT0183  **Vehicle Year:** 2016  **Color:** WHI  **2nd Color:** 0  **Make:** FRHT  **Model:** CENT  **Veh. Conf.:** 10  **Extent of Damage:** 4

**(10) Insurance Verification:** 3  **Insurance Company Name:** CONTINENTAL INS SOLUTIONS
**Policy Number:** FLCA192600153  **Insurance Telephone:** (317)480-0159

**(11) Vehicle Removed by:** Driver - SANTA FE WRECKER

**(12) Owner's Address:**  **Oversized Load:** 0  **Towed Veh. Type:** 00  **Rolled:** ☐  **Burned:** ☐  **Phone present:** X  **Phone in use:** ☐

**(13) Citation Number:** N229697  **Statute/Ordinance Number:** 47.11-901

---

**(14) Unit:** 02  **Occupants:** 01  **Type:** D  **Hit & Run CMV:** X
**Last Name:** HAYWARD  **First:** ALEC  **Middle:** STONE
**Date of Birth:** 06/10/1998  **Sex:** M

**(15) Address:** 1006 CANBRIDGE  **City:** COMMERCE  **State:** OK  **Zip:** 74354  **Telephone:** (918)533-7444

**(16) Driver License Number:** F083619235  **State:** OK  **Class:** D
**Inj. Sev.:** 1  **Type of Injury:** 0  **Drv./Ped. Cond.:** 01  **OP Use:** 04

**(17) Air Bag:** 1  **Ejected:** 1  **Extricated:** 0  **Test:** 5  **(% BAC):** 0.
**License Plate Number:** W28134  **State:** OK  **Month:** 01  **Year:** 2022

**(18) VIN:** 1FVABPBW91HH55621  **Vehicle Year:** 2001  **Color:** WHI  **2nd Color:** 0  **Make:** FRGT  **Model:** CENT  **Veh. Conf.:** 06  **Extent of Damage:** 3

**(19) Insurance Verification:** 3  **Insurance Company Name:** NATIONAL LIABILITY
**Policy Number:** 73TRR247126  **Insurance Telephone:** (800)356-5750

**(20) Vehicle Removed by:** Driver - GARNERS WRECKER

**(21) Owner's Address:**  **Oversized Load:** 0  **Towed Veh. Type:** 00  **Rolled:** ☐  **Burned:** ☐  **Phone present:** X  **Phone in use:** ☐

**(22) Citation Number:**  **Statute/Ordinance Number:**

**(23) Investigating Officer:** C Rohr  **Badge Number:** 344  **Trp/Div. Assigned:** XA  **Trp/Div. Location:** XA  **Reviewer (Init.):** TWG  **Reviewer Badge Number:** 83  **Date of Report:** 04/06/2021

---

**Unit Type:** D Driver, P Pedestrian, X Pedalcyclist Conveyance, B Bicyclist, Z Other Cyclist, C Parked Car, A Animal, T Train
**Injury Severity:** 0 N/A, 1 No Injury, 2 Possible, 3 Non-Incapacitating, 4 Incapacitating, 5 Fatal, 8 Unknown
**Type of Injury:** 1 Head, 2 Trunk-External, 3 Trunk-Internal, 4 Arms, 5 Legs, 9 Unknown
**Driver/Pedestrian Condition:** 00 Not Applicable, 01 Apparently Normal, 02 Drinking-Ability Impaired, 03 Odor of Alcohol Beverage, 04 Illegal Drugs, 05 Under the Influence of Medications, 06 Very Tired, 07 Sleepy, 08 Ill (Sick), 09 Dizzy/Faint, 10 Emotional, 11 Other, 99 Unknown
**Occupant Protection (OP) In Use:** 00 Not Applicable, 01 None Used, 02 Lap Belt Only, 03 Shoulder Belt Only, 04 Shoulder and Lap Belt, 05 Child Restraint Type Unknown, 06 Child Restraint Used - Type Unknown, 07 Helmet, 08 Child Restraint - Forward Facing, 09 Child Restraint - Rear Facing, 10 Booster Seat, 11 Other, 98 Unknown

**Air Bag Deployed:** 0 Not Applicable, 1 Not Deployed, 2 Deployed - Front, 3 Deployed - Side, 4 Deployed - Other (knee, air belt, etc.), 5 Deployed - Combination, 9 Deployment Unknown
**Ejected:** 0 Not Applicable, 1 Not Ejected, 2 Ejected, Partially, 3 Ejected, Totally
**Extricated:** 0 N/A, 1 No, 2 Yes
**Chemical Test:** 0 N/A, 1 Blood, 2 Breath, 3 Blood/Breath, 4 Test Refused, 5 None Given, 6 Other
**Extent of Damage:** 0 N/A, 1 None, 2 Minor, 3 Functional, 4 Disabling, 6 Other
**Insurance Verification:** 0 N/A, 1 No, 2 Owner, 3 Operator, 4 Exempt
**Oversized Load:** 0 N/A, N Not Permitted, P Permitted
**Towed Vehicle Type:** 00 N/A, 01 Boat Trailer, 02 House Trailer, 03 Farm Trailer, 04 Horse Trailer, 05 Another Vehicle, 06 Utility Trailer, 07 Homemade Trailer, 08 Box Trailer, 09 Stock Trailer, 10 Camping Trailer, 11 Combination, 12 Other, 99 Unknown

**WARNING - STATE LAW** Use of contents for commercial solicitation is unlawful

DPS: 0192-01 REV 0107

**EXHIBIT 1**

Case Number: 21-007675   Pg 2 of 4

## Units 24–35 (Occupants/Witnesses)

| Field | (24) | (27) | (30) | (33) |
|---|---|---|---|---|
| Unit | | | | |
| Injured / Passenger / Witness / Prop. Owner | | | | |
| Pos in Veh. | | | | |
| Last Name | | | | |
| First | | | | |
| Middle | | | | |
| Suffix | | | | |
| DOB (mm/dd/yyyy) | | | | |
| Sex | | | | |

| Field | (25) | (28) | (31) | (34) |
|---|---|---|---|---|
| Address (Same as Driver) | | | | |
| City | | | | |
| State | | | | |
| Zip | | | | |
| Telephone | | | | |

| Field | (26) | (29) | (32) | (35) |
|---|---|---|---|---|
| Injury Severity / Type | | | | |
| OP Use | | | | |
| Air Bag | | | | |
| Ejected | | | | |
| Extricated | | | | |
| Transported by | | | | |
| To Medical Facility | | | | |
| Property Type | | | | |

**Complete information below if this vehicle is being used for COMMERCE/BUSINESS and has a GVWR/GCWR IN EXCESS OF 10,000 LBS., or has a HAZMAT PLACARD, or is a BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER**

### (36) Unit 01
- Carrier Name: SMART FUTURE EXPRESS
- Address: 3165 W SHIELDS
- (37) City: FRESNO   State: CA   Zip: 93722
- GVWR: (blank)   GCWR: [X] 10,001 - 25K lbs. [X] 26K+ lbs.
- Axle Qty: 05   Cargo Body: 03
- Vehicle Use: [X] Interstate Commerce
- (38) U.S. DOT Number: 3219331   NASI Report Number: OK
- Placard Number: (blank)   Haz. Mat. Class: (blank)   Haz. Mat. Involved: No [X]   Haz. Mat. Release: No [X]

### (39) Unit 02
- Carrier Name: COLLINS WRECKER
- Address: 320 S MAIN
- (40) City: COMMERCE   State: OK   Zip: 74339
- GVWR: [X] 10,001 - 26K lbs. [X]   GCWR: (blank)
- Axle Qty: 03   Cargo Body: 00
- Vehicle Use: [X] Interstate Commerce
- (41) U.S. DOT Number: 3304262   NASI Report Number: OK
- Placard Number: (blank)   Haz. Mat. Class: (blank)   Haz. Mat. Involved: No [X]   Haz. Mat. Release: No [X]

---

### Position in Vehicle
(Diagrams showing seat positions numbered 11-13, 21-23, 31-33, 41-43, 51-52, 54, 55)
- 00. Not Applicable
- 18. Front Row - Other
- 28. Second Row - Other
- 38. Third Row - Other
- 48. Fourth Row - Other
- 50. Sleeper Section of Truck Cab

See manual for additional seating examples

### Vehicle Configuration
- 00. N/A
- 01. Passenger Veh.-2 Dr
- 02. Passenger Veh.-4 Dr
- 03. Passenger Veh. Conv.
- 04. Pickup
- 05. Single Unit Truck, 2 axles
- 06. Single Unit Truck, 3+ axles
- 07. School Bus
- 08. Truck/Trailer
- 09. Truck-Tractor (Bobtail)
- 10. Truck-Tractor/Semi-Trailer
- 11. Truck-Tractor/Double
- 12. Truck-Tractor/Triple
- 13. Bus/Large Van 9-15 occupants including driver
- 14. Bus 16+ occupants including driver
- 15. Motorcycle
- 16. Motor Scooter/Moped
- 17. Motor Home
- 18. Farm Machinery
- 19. ATV
- 20. SUV
- 21. Passenger Van
- 22. Truck more than 10,000 lbs, Cannot Classify
- 23. Van 10,000 lbs. or Less
- 24. Other
- 99. Unknown

### Cargo Body Type
- 00. N/A
- 01. Bus 9-15 seats
- 02. Bus 16+ seats
- 03. Van / Enclosed Box / Stock Trailer
- 04. Cargo Tank
- 05. Flatbed
- 06. Intermodal
- 07. Dump Truck/Trailer
- 08. Concrete Mixer
- 09. Auto Transporter
- 10. Garbage/Refuse
- 11. Hopper (grain/chips/gravel)
- 12. Pole Trailer
- 13. Log Trailer
- 14. Vehicle Towing Vehicle
- 15. Other
- 99. Unknown

DPS: 0192-02 REV 0107

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Case Number: 21-007675  
Pg 3 of 4

## Unit Information

| | Unit | Total Lanes in Roadway | Legal Speed | Pedestrian / Pedalcyclist Only | | | |
|---|---|---|---|---|---|---|---|
| | | | | Actions Prior to Collision | Location at Time of Collision | Safety Equip. | Unit Number of Vehicle Striking |
| This unit will correspond to 'Unit 1' | 01 | 02 | 75 | | | | |
| This unit will correspond to 'Unit 2' | 02 | 02 | 75 | | | | |

## Work Zone

Was the collision in or near a construction, maintenance or utility work zone? (If yes, complete this section)  
Yes [ ]  No [X]

**Type of Work Zone**
1. Lane Closure
2. Lane Shift/Crossover
3. Work on Shoulder or Median
4. Intermittent or Moving Work
9. Unknown

**Location of the Work Zone Collision**
1. Before the First Work Zone Warning Sign
2. Advance Warning Area
3. Transition Area
4. Activity Area
5. Termination Area
9. Unknown

Workers Present: Yes [ ] No [ ] Unknown [ ]

## Light: 2
1. Daylight
2. Dark-Not Lighted
3. Dark-Lighted
4. Dawn
5. Dusk
6. Dark-Unknown Lighting
7. Other
9. Unknown

## What Vehicle Was Going to Do — Unit 1: 01, Unit 2: 12
00. Not Applicable
01. Go Ahead
02. Turn Left
03. Turn Right
04. Make "U" Turn
05. Stop
06. Slow for Cause
07. Start from Park/Stop
08. Change Lanes
09. Overtake
10. Pass
11. Back
12. Remain Stopped
13. Remain Parked
14. Enter/Merge in Traffic
15. Negotiate a Curve
16. Park
17. Other
99. Unknown

## Underride/Override — Unit 1, Unit 2
0. Not Applicable
1. No Underride or Override
2. Underride, Compartment Intrusion
3. Underride, No Compartment Intrusion
4. Underride, Compartment Intrusion Unknown
5. Override, Motor Vehicle in Transport
6. Override, Other Motor Vehicle
9. Unknown

## Weather: 01
01. Clear
02. Fog/Smog/Smoke
03. Cloudy
04. Rain
05. Snow
06. Sleet/Hail (Freezing Rain/Drizzle)
07. Severe Crosswind
08. Blowing Snow
09. Blowing Sand, Soil, Dirt
10. Other
99. Unknown

## What Vehicle Did — Unit 1: 01, Unit 2: 12
00. Not Applicable
01. Went Ahead
02. Turned Left
03. Turned Right
04. Entered "U" Turn
05. Stopped
06. Slowed
07. Started From Park/Stop
08. Entered Other Lane
09. Overtaking
10. Passing
11. Backed
12. Remained Stopped
13. Remained Parked
14. Entered/Merged
15. Departed Rdwy-Right
16. Departed Rdwy-Left
17. Swerved Right
18. Swerved Left
19. Parked
20. Other
99. Unknown

## Traffic Control — Unit 1: 00, Unit 2: 00
00. No Control
01. Stop Sign
02. Traffic Signal
03. Flashing Traffic Signal
04. School Zone Signs
05. Yield Sign
06. Warning Sign
07. Railroad Advance Warning Sign
08. Railroad Cross Bucks
09. Railroad Gates
10. Railroad Signal
11. No Passing Zone
12. Person (including flagger, law enforcement, crossing guard, etc.)
13. Abnormal Control
14. Other
99. Unknown

## Trafficway — Unit 1: 4, Unit 2: 4
0. Not Applicable
1. One Way
2. Two-Way - Not Divided
3. Two-Way - Divided
4. Two-Way - Divided - Positive Median Barrier
5. Turn Lane
6. Ramp / Loop
7. Driveway
8. Alley / Parking Lot
9. Unknown

## Vehicle Removal — Unit 1: 1, Unit 2: 1
0. Not Applicable
1. Towed Due to Vehicle Damage
2. Towed For Reasons Other Than Damage
3. Remained at Scene
4. Driven from Scene
9. Unknown

## Vehicle Condition — Unit 1: 01, Unit 2: 01
00. Not Applicable
01. Apparently Normal
02. Brakes
03. Headlights
04. Steering
05. Tail Lights
06. Brake Lights
07. Tires/Wheels
08. Suspension
09. Signal lights
10. Windows
11. Truck Coupling/Trailer Hitch/Safety Chains
12. Mirrors
13. Wipers
14. Power Train
15. Other
99. Unknown

## Special Function of Vehicle — Unit 1: 00, Unit 2: 15
00. Not Applicable
01. School Bus
02. Transit Bus
03. Intercity Bus
04. Charter Bus
05. Other Bus
06. Military
07. OHP
08. Other Police
09. Other Law Enforcement
10. Ambulance
11. Fire Truck
12. Public Owned Vehicle
13. Highway Equipment
14. Special Mobilized Machine
15. Other
99. Unknown

## Unsafe / Unlawful Contributing Factors — Unit 1: 73, Unit 2: 98

**FAILED TO YIELD**
01. From Stop Sign
02. From Yield Sign
03. Private Drive
04. County Road at Through Highway
05. From Signal Light
06. From Alley
07. To Pedestrian
08. To Vehicle on Right
09. To Vehicle in Intersection
10. To Emergency Vehicles
12. Other

**FOLLOWED TOO CLOSELY**
13. Human Element
14. Traffic Condition
15. Weather Condition

**UNSAFE SPEED**
16. Driver's Ability (Aged)
17. Inexperienced Driver - Young
18. Exceeding Legal Limit
19. For Traffic Conditions
20. For Type of Roadway (Gravel, Dirt, etc.)
21. For Ice or Snow on Roadway
22. Rain or Wet Roadway
23. Wind
24. Other Weather Conditions
25. Vehicle Condition
26. View Obstruction
27. On Curve/Turn
28. Impeding Traffic
29. Other

**IMPROPER TURN**
30. From Wrong Lane
31. From Direct Course
32. Right
33. Left
34. Turn About/U-Turn
35. To Enter Private Drive
36. In Front of Oncoming Traffic
37. Other
38. CHANGED LANES UNSAFELY
39. STOPPED IN TRAFFIC LANE

**FAILED TO STOP**
40. For Stop Sign
41. For Traffic Signal
42. For School Bus
43. For Railroad Gates/Signal
44. For Officer/Flagman
45. At Sidewalk/Stopline
46. Other

**UNSAFE VEHICLE**
47. Brakes
48. Steering
49. Tires
50. Suspension
51. Headlights
52. Tail Lights
53. Stop Lights
54. Wheel
55. Exhaust System
56. Windshield Wipers
57. Other Mechanical Defects

**LEFT OF CENTER**
58. In Meeting
59. No Passing Zone (Unmarked)
60. Marked Zone
61. Other

**IMPROPER OVERTAKING**
62. In Marked Zone
63. On Hill/Curve
64. At Intersection
65. Without Sufficient Clearance
66. Other

**IMPROPER PARKING**
67. On Roadway
68. Where Prohibited
69. Other

**INATTENTION**
70. Distracted by Passenger in Vehicle
71. Other Distraction Inside Vehicle
72. Distraction From Outside Vehicle
73. Other

**WRONG WAY**
74. On One Way
75. On Exit Ramp
76. On Entrance Ramp
77. Other

**IMPROPER START FROM**
78. Parked Position
79. Other
80. ALCOHOL-DUI/DWI
81. DRUG-DUI

**OTHER IMPROPER ACT/ MOVEMENT**
82. Failed to Signal
83. Disregarded Warning Signal
84. Improper Use of Lane
85. Improper Backing
86. Apparently Sleepy
87. Failed to Secure Load
88. Other/Unknown

**UNKN./NO IMPROPER ACT**
89. Deer in Roadway
90. Animal in Roadway
91. Domestic Animal in Rdwy
92. Avoiding Other Vehicle
93. Avoiding Pedestrian
94. Object/Debris in Roadway
95. Defect in Roadway
96. Abnormal Traffic Control
97. Improper Bicyclist Action
98. NO IMPROPER ACTION BY DRIVER
99. PEDESTRIAN ACTION

## Locality: 5
1. Residential
2. Business
3. Industrial
4. School
5. Not Built-up
6. Mixed Use
7. Other
9. Unknown

## Type of Intersection: 0
0. Not an Intersection
2. Y-Intersection
3. T-Intersection
4. Four-Way Intersection
5. Five-Point or More
6. Intersection as Part of Interchange
7. Traffic Circle
8. Roundabout
9. Unknown

## Visibility Obscured by — Unit 1: 00, Unit 2: 00
00. Not Applicable
01. Trees
02. Embankment
03. Building
04. Signs
05. Parked Vehicles
06. High Weeds
07. Fences
08. Shrubbery
09. Ice, Snow or Frost on Windows
10. Smoke
11. Fog
12. Dust
13. Rain
14. Sun
15. Other
99. Unknown

## Incident Type: 00
00. Not an Incident
51. Private Property
52. Deliberate Intent
53. Medical Condition
54. Legal Intervention
55. Suicide
57. Drowning
58. Other

## Location of First Harmful Event: 01
01. On Roadway
02. Shoulder
03. Median
04. Roadside
05. Gore
06. Separator
07. Parking Lane/Zone
08. Off Roadway, Location Unknown
09. Outside Right-of-Way
10. Other
99. Unknown

## Driver Distracted by — Unit 1: 9, Unit 2: 0
0. Not Applicable/None
1. Electronic Communication Devices
2. Other Electronic Device
3. Other Inside Vehicle
4. Other Outside Vehicle
9. Unknown

## Road Surface Conditions — Unit 1: 01, Unit 2: 01
01. Dry
02. Wet
03. Ice/Frost
04. Snow
05. Mud, Dirt, Gravel
06. Slush
07. Water (standing, moving)
08. Sand
09. Oil
10. Other
99. Unknown

## Road Character

**Grade** — Unit 1: 1, Unit 2: 1
1. Level
2. Hillcrest
3. Uphill
4. Downhill
5. Sag (bottom)

**Road Alignment** — Unit 1: 1, Unit 2: 1
1. Straight
2. Curve - Left
3. Curve - Right

## Road Surface Type — Unit 1: 2, Unit 2: 2
1. Concrete
2. Asphalt
3. Gravel
4. Dirt
5. Brick
6. Other
9. Unknown

## Emergency Vehicle Responding to an Emergency — Unit 1: 0, Unit 2: 2
0. N/A
1. Yes
2. No
9. Unknown

## Point of First Contact on Vehicle — Unit 1: 11, Unit 2: 07

## Most Damaged Area — Unit 1: 11, Unit 2: 07
00. Not Applicable
13. Top
14. Undercarriage
99. Unknown

DPS: 0192-03 REV 0107

| Case Number | 21-007675 | | | | | | Pg 4 of 4 |

| Latitude | Longitude | Railroad Crossing Number | Roadway Orientation | | | |
|---|---|---|---|---|---|---|
| 36.9278 N | -94.7366 W | | Unit Number 01 — NE SW W | Unit Number 02 — NE SW W |

[Diagram: Not To Scale. WB Lanes Only of I-44 (WRTP). .6 MI TPU 81.66. 10 ft. Improved Shoulder, 24 ft., 6 ft. Improved Shoulder, Concrete Barrier Wall. Unit 1 (truck) shown departing road right, striking Unit 2 (parked tow truck) on shoulder, then final rest position NW of impact.]

**COLLISION EVENTS**

| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | First Harmful Event for the Entire Collision |
|---|---|---|---|---|---|---|
| 01 | 34 | 17 | 00 | 00 | 17 | 34 |
| 02 | 35 | 00 | 00 | 00 | 35 | |

- 00 Not Applicable
- 10 Overturn/Rollover
- 11 Fire/Explosion
- 12 Immersion
- 13 Jackknife
- 14 Cargo/Equipment Loss or Shift
- 15 Equipment Failure (Blown Tire, Brake Failure, etc.)
- 16 Separation of Units
- 17 Departed Road Right
- 18 Departed Road Left
- 19 Cross Median/Centerline
- 20 Downhill Runaway
- 21 Fell/Jumped From Motor Vehicle
- 22 Thrown Or Falling Object
- 23 Other Non-Collision

**PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT:**
- 30 Pedestrian
- 31 Pedal Cycle
- 32 Railway Vehicle (train, engine)
- 33 Animal
- 34 Motor Vehicle in Transport
- 35 Parked Motor Vehicle
- 36 Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
- 37 Work Zone/Maintenance Equipment
- 38 Other Non-Fixed Object

**FIXED OBJECT:**
- 40 Barrier (Cable)
- 41 Barrier (Concrete)
- 42 Barrier (Other)
- 43 Fence Pole
- 44 Fence
- 45 Traffic Signal Support
- 46 Traffic Sign Support
- 47 Utility Pole/Light Support
- 48 Other Post/Pole/Support
- 49 Guardrail/Guardrail Face
- 50 Guardrail End
- 51 Culvert
- 52 Curb
- 53 Island
- 54 Sand Barrels
- 55 Impact Attenuator/Crash Cushion
- 56 Pavement Drop-Off
- 57 Ditch
- 58 Embankment
- 59 Tree (Standing)
- 60 Dividing Strip
- 61 Retaining Wall
- 62 Bridge Abutment
- 63 Bridge Pier or Support
- 64 Bridge Rail
- 65 Bridge Post
- 66 Bridge Curb
- 67 Bridge Super Structure (Beams)
- 68 Bridge Overhead Structure
- 69 Delineator
- 70 Mailbox
- 71 Other Fixed Object
- 72 Other Highway Structure
- 73 Ground
- 99 Unknown

**Remarks:**

ALL MEASUREMENTS ARE APPROCIMATE. UNIT 1 WAS WB ON I-44 IN THE OUTSIDE LANE. UNIT 2 WAS A LEAGALLY PARKED TOW TRUCK, PARKED ON THE WB SHOULDER OF I-44, ASSISTING A BROKEN DOWN MOTORIST. UNIT 1 WAS INNATENTIVE AND LEFT THE ROADWAY RIGHT STRIKING THE REAR LEFT OF UNIT 2 WITH IT'S FRONT RIGHT. THERE WERE NO SKIDMARKS BEFORE OR AFTER IMPACT. AOI WAS 1 FT. NORTH EDGE OF THE WB LANES OF I-44 AND .6 MI EAST OF THE EAST EDGE OF TPU 81.66. AOR FOR UNIT 1 WAS 42 FT NW OF THE AOI. AOR FOR UNIT 1 WAS 133 FT. NW OF AOI.

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.



DPS: 0192-04 REV 0107

**OKLAHOMA HIGHWAY PATROL**
**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

IN THE DISTRICT COURT OF __OTTAWA__ COUNTY
STATE OF OKLAHOMA

SUMMONS

| On or about (date) 04/06/2021 | at (24- hourtime) 2215 | County Number | 58 |
|---|---|---|---|

at or near (location)
I-44 / MM 322 WB

| Name (last, first middle) SINGH, AMANDEEP | Phone Number |
|---|---|

Address
410 REMINGTON

| City GREENWOOD | State IN | Zip Code 46143 |
|---|---|---|

| Birthdate 07/10/1990 | Ht. 511 | Wt. 190 | Race W | Sex M | Class A | Endorsements |
|---|---|---|---|---|---|---|

| Driver License Number 9370590926 | Withdrawal Y☐ N☒ | Month/Year 07/2025 | State IN |
|---|---|---|---|

| Employer SMART FUTURE CMV | Did Unlawfully | Operate ☒ | Park ☐ |
|---|---|---|---|

| Make FRHT | Year 2016 | Style SEMI | Color WHI | Tag XP36115 | Year 2021 | State CA |
|---|---|---|---|---|---|---|

| CMV Y☒ N☐ | CDL Y☒ N☐ | HazMat Placard Present or Required ☐ | Accident: PD☐ PI☐ FATALITY☐ |
|---|---|---|---|

**Instructions to the Violator**

You must either enter a plea or appear in court at the designated time. To enter a plea, place a check mark in one of the boxes on each charge indicating Guilty or Nolo Contendere and submit payment to the court for the total amount(s) owed.

If you do not enter a plea to any of the charges below, you must appear in court at the prescribed date and time, or any subsequent dates and times as set by the court. Failure to appear at arraignment or failure to submit the appropriate bond for each charge may result in the following:

1. Suspension of your driving privileges in Oklahoma and in your home state pursuant to the Nonresident Violator Compact;
2. Your driving privileges will remain suspended until all outstanding court obligations and conditions for reinstatement have been met; and
3. Issuance of a warrant for your arrest.

| DPS Citation Number N229697 | Guilty ☐ | Nolo Contendere ☐ | (DPS USE) IN1 |
|---|---|---|---|

SPEEDING ___ MPH in ___ MPH Zone   Pace☐ Radar☐ Plane☐ Other☐

Violation Description
INATTENTIVE DRIVING RESULTING IN COLLISION

Contrary to Title __T47__ O.S., Section __11-901b__

Minimum Fine and Costs  $249.00

Officer's Remarks:
XA-07675-21

I, the undersigned arresting officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charges stated therein are true.

I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

| Rohr | 04/06/2021 | 344 | XA |
|---|---|---|---|
| Signature of Officer | Date | Badge No. | Troop |

**Court appearance on or before:** 12 day of MAY, 2021 at 1:30 PM

**Address of Court** OTTAWA CO, 102 EAST CENTRAL AVE., STE 203

MIAMI, OK 74354

**Phone Number of Court** 918-542-2801

**Mailing Address of Court**

OTTAWA CO, 102 EAST CENTRAL AVE., STE 203

MIAMI, OK 74354

| [X] Signed Personal Recognizance | [ ] Bond Attached $ | [ ] Magistrate | [ ] Jail | [ ] Other |
|---|---|---|---|---|

[ ] Juvenile  Name of Parent or Guardian _____

Address _____

Make Payment Payable to Court Clerk

**Total Minimum Fine and Costs** $249.00

### Plea and Waiver of Rights

I, the undersigned, hereby enter my plea, and waive my right to trial by court or jury, to the charges as I have indicated above.

I have enclosed a check or money order (DO NOT MAIL CURRENCY) for the total amount of all fines and costs owed for the charges to which I have entered a plea. Under Oklahoma law a dishonored check or other dishonored payment is considered "NONPAYMENT" of the fine and costs. I agree to appear for arraignment on the specified dates for any remaining charges.

Signature _____

Date _____  Amount Enclosed _____

### Promise to Appear

I am being released upon my own recognizance and, WITHOUT ADMITTING GUILT, promise to contact, pay, or appear for arraignment in court on the date and time indicated above, and on any subsequent dates and times as set by the court.

I understand that failure to appear for arraignment or any other court appearance may result in suspension of my driving privileges in Oklahoma and my home state pursuant to the Nonresident Violator Compact.

**Electronic Signature**  AMANDEEP SINGH

OKLAHOMA HIGHWAY PATROL



Case Number: 21-007675
CollisionDate: 04/05/2021 22:15
Trooper: ROHR #344
Location: I-44 (WILL ROGERS TURNPIKE)
At or Near: SPRING RIVER
City and County: MIAMI, OTTAWA

Name: SINGH, AMANDEEP
License Number: 9370590926
DOB: 07/10/1990
Phone Number: 3174318907
Address Street: 410 REMINGTON PT
City: GREENWOOD   State: IN   ZIP: 46143
Insurance Company: CONTINENTAL INS SOLUTIONS
Insurance Phone: 3174800159
Policy Number: FLCA192600153
Vehicle Make: FRHT   Model: CENT   Year: 2016
VIN: 3AKJGLD54GSGT0183
Tag Number: XP36115   Tag State: CA
Owner Name: SMART FUTURE EXPRESS
Owner License Number:
Owner Street: 3165 W SHIELDS
Owner City: FRESNO   State: CA   ZIP: 93722

Name: HAYWARD, ALEC STONE
License Number: F083619235
DOB: 06/10/1998
Phone Number: 9185337444
Address Street: 1006 CANBRIDGE
City: COMMERCE   State: OK   ZIP: 74354
Insurance Company: NATIONAL LIABILITY
Insurance Phone: 8003565750
Policy Number: 73TRR247126
Vehicle Make: FRGT   Model: CENT   Year: 2001
VIN: 1FVABPBW91HH55621
Tag Number: W28134   Tag State: OK
Owner Name: COLLINS WRECKER
Owner License Number:
Owner Street: 320 S MAIN
Owner City: COMMERCE   State: OK   ZIP: 74339

If you find the other driver was not insured at the time of the above referenced collision, you may complete an Oklahoma Motor Vehicle Collision Report and submit the same within 1 year of the collision to:
DPS - Driver Compliance Division
P.O. Box 11415
Oklahoma City, OK 73136-0415
Call 405-425-2098 or visit www.dps.state.ok.us with questions.