

RT FRONT



RT SIDE

**EXHIBIT 2**



LFT FRONT



LFT SIDE



LFT SIDE



LFT REAR



LFT FRONT



FRONT



COMPANY



RT REAR WHEEL