IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEC HAYWARD-PREAUS,<br><br>**Plaintiff,**<br><br>v.<br><br>SMART FUTURE EXPRESS, INC. et al.,<br><br>**Defendant.** | Case No. 24-CV-9-JFH-MTS |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark T. Steele. Dkt. No. 27. The Magistrate Judge recommends that the Motion to Dismiss filed by Defendant Smart Future Xpress, Inc. [Dkt. No. 14] be denied.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendant Smart Future Xpress, Inc.'s Motion to Dismiss [Dkt. No. 14] is DENIED.

IT IS SO ORDERED this 5th day of April 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE