IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| Alec Hayward-Preaus | | |
|---|---|---|
| | Plaintiff(s), | |
| vs. | | Case No.: 24-cv-00009-JFH-MTS |
| Smart Future Xpress, Inc., et al | | |
| | Defendant(s). | |

**SCHEDULING ORDER**

| **1.** | 4/19/2024 | INITIAL DISCLOSURE Under Federal Procedure 26(a)(1) (Not Filed of Record) |
|---|---|---|
| **2.** | 5/6/2024 | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO THE PLEADINGS |
| **3.** | 9/13/2024 | EXCHANGE OF PRELIMINARY WITNESS LISTS AND EXHIBITS (Not Filed of Record) |
| **4.** | 9/13/2024 | PLAINTIFF'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| **5.** | 9/27/2024 | DEFENDANT'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| **6.** | 10/11/2024 | DISCOVERY CUTOFF (Interrogatories and Rule 34 requests must be made 30 days in advance of this date) |
| **7.** | X | **SETTLEMENT CONFERENCE REQUESTED AFTER     October 11, 2024** |
| **8.** | 10/25/2024 | DISPOSITIVE MOTIONS AND DAUBERT MOTIONS |
| **9.** | 1/10/2025 | MOTIONS IN LIMINE (Attorney meeting to resolve issues required before filing) |
| **10.** | 1/10/2025 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (Filed with deponent name, page and line designations) |
| **11.** | 1/21/2025 | COUNTER-DESIGNATIONS (Filed with deponent name, page and line designations) |
| **12.** | 1/27/2025 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS & BRIEFS ON UNUSUAL OBJECTIONS FILED<br><br>(Attorney Meeting to resolve objections required before filing) |
| **13.** | 2/24/2025 | PRETRIAL DISCLOSURE Under Federal Rule Civil Procedure 26(a)(3) |
| **14.** | 2/10/2025 | AGREED PROPOSED PRETRIAL ORDER - Including Final Witness & Exhibit Lists with Objections |
| **15.** | | **PRETRIAL CONFERENCE at to be set by Court** |
| **16.** | 2/24/2025 | REQUESTED JURY INSTRUCTIONS and VOIR DIRE |
| **17.** | 2/24/2025 | TRIAL BRIEFS (Filed of record) |
| **18.** | | **TRIAL DATE: [x] JURY at  to be set by Court  *  Estimated time of Trial  5 days** |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court.

This Order is entered this 8th day of April, 2024.

_____
Mark T. Steele, Magistrate Judge
United States District Court

* Scheduling conflicts must be resolved in accordance with LGnR4-5 available on the Court's website in the Local Rules section at www.oknd.uscourts.gov.
.