UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) ALEC HAYWARD-PREAUS,<br><br>          Plaintiff,<br><br>v.<br><br>2) SMART FUTURE XPRESS, INC.<br>3) AMANDEEP SINGH,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 24-cv-00009-JFH-MTS<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Defendants intend to serve subpoenas, in the forms attached as Exhibits A, B, and C, on May 16, 2024, after filing of this notice or as soon as service may be effectuated thereafter.

**DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.**

*s/ Kaylee Davis-Maddy*
Stuart D. Campbell, OBA No. 11246
Brian M. Keester, OBA No. 33208
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103-3522
Telephone 918-582-1211
Facsimile 918-591-5360
scampbell@dsda.com
bkeester@dsda.com

and

Kaylee Davis-Maddy, OBA No. 31534
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone (405) 319-3513
Facsimile (405) 319-3524
kmaddy@dsda.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that the below-signed Attorney signed the original of the above and foregoing and is maintaining the original copy at said Attorney's office, and that on May 15, 2024 a copy of this document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all parties and attorneys of record.

*s/ Kaylee Davis-Maddy*
Kaylee Davis-Maddy, Attorney for Defendants