UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) ALEC HAYWARD-PREAUS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                           ) | Case No. 24-cv-00009-JFH-MTS |
| ) | |
| 2) SMART FUTURE XPRESS, INC. ) | |
| 3) AMANDEEP SINGH, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

COME NOW, all Parties, by and through their respective counsel of record and hereby file this Joint Motion on behalf of all Parties, and request this Honorable Court to extend all non-expired Scheduling Order deadlines in this matter. In support of this Motion, the Parties would show the Court as follows:

1. On April 8, 2024, this Court entered a Scheduling Order in this matter. *See* Doc. #29.

2. The Court's Scheduling Order set the following remaining deadlines:

| Description | Deadline |
|---|---|
| Exchange of preliminary witness lists and exhibits | 9/13/2024 |
| Plaintiff's expert witness list and expert reports | 9/13/2024 |
| Defendants' expert witness list and expert reports | 9/27/2024 |
| Discovery cutoff | 10/11/2024 |
| Settlement Conference requested after | 10/11/2024 |

1

| | |
|---|---|
| Motions in limine due | 1/10/2025 |
| Deposition/videotaped/interrogatory designations due | 1/10/2025 |
| Counter-designations due | 1/21/2025 |
| Transcripts annotated with objections and briefs on unusual objections filed due | 1/27/2025 |
| Pretrial Disclosure | 2/24/2025 |
| Agreed Proposed Pretrial Order, including final witness and exhibit lists with objections | 2/10/2025 |
| Requested jury instructions and voir dire | 2/24/2025 |
| Trial briefs | 2/24/2025 |
| Pretrial conference | To be set by Court |
| Trial date | To be set by court |

3.  The parties have continuously conducted discovery in this matter in good faith. They have provided documents and substantive responses. This also includes subpoenas for medical records from other providers, and other subpoenaed records related to driver records and the like.

4.  The parties have met and discussed their deposition needs and schedules and are working diligently to come to an agreement on dates.

5.  Additionally, the parties are set for private mediation on September 23, 2024.

6.  Based on the foregoing and anticipated future discovery needs in this matter, all Parties agree and request that, for the purpose of facilitating and scheduling additional depositions and discovery in this matter, the deadlines in the current Scheduling Order be extended by ninety (90) days to the following dates:

| Description | Deadline |
|---|---|
| Exchange of preliminary witness lists and exhibits | 12/12/2024 |
| Plaintiff's expert witness list and expert reports | 12/12/2024 |
| Defendants' expert witness list and expert reports | 12/26/2024 |
| Discovery cutoff | 1/9/2025 |
| Settlement Conference requested after | 1/9/2025 |
| Motions in limine due | 4/10/2025 |
| Deposition/videotaped/interrogatory designations due | 4/10/2025 |
| Counter-designations due | 4/21/2025 |
| Transcripts annotated with objections and briefs on unusual objections filed due | 4/28/2025 |
| Pretrial Disclosure | 5/26/2025 |
| Agreed Proposed Pretrial Order, including final witness and exhibit lists with objections | 5/12/2025 |
| Requested jury instructions and voir dire | 5/26/2025 |
| Trial briefs | 5/26/2025 |
| Pretrial conference | To be set by Court |
| Trial date | To be set by court |

  7. The Parties have worked diligently in this matter but agree that additional time is needed in order to fully complete discovery in this matter.

  8. All counsel have conferred and agree to the need for the relief sought in the present motion.

  9. The Parties have not made any previous requests to extend the Scheduling Order

deadlines in this case.

10. This extension is not sought for the purpose of delay but to provide the Parties sufficient time to complete discovery and to address the Court's remaining deadlines.

11. This Motion is made in the interest of justice and to allow the proper preparation of this case, and not for the purpose of delay or to unduly burden the Court's docket.

12. The granting of this Motion will not cause prejudice to any party hereto nor will it cause any significant change to the Court's docket or delay in the Court's hearing of this matter. WHEREFORE, the Parties respectfully request this Court to amend certain deadlines as set forth above.

DATED: September 10, 2024.

Respectfully submitted,

/s/ Matthew S. Saint
Donald E. Smolen, II, OBA #19944
Mathew S. Saint, II, OBA #31873
SMOLEN | LAW, PLLC
611 S. Detroit Ave.
Tulsa, Oklahoma 74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
don@smolen.law
matt@smolen.law
*Attorneys for Plaintiff*

/s/ Stuart D. Campbell
Stuart D. Campbell, OBA#11246
DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103
P: (918) 582-1211
F: (918) 591-5360
scampbell@dsda.com
and
Kaylee Patricia Davis-Maddy
DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP
210 Park Avenue STE 1200
Oklahoma City, OK 73102
P: (918-591-5242
F: 918-925-5242
kmaddy@dsda.com
*Attorney for Defendants Amandeep Singh and Smart Future Xpress, Inc.*

4