IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ALEC HAYWARD-PREAUS, an Individual,<br><br>    Plaintiff,<br><br>v.<br><br>(1) SMART FUTURE XPRESS, INC. a Foreign for-Profit Corporation; and<br>(2) AMANDEEP SINGH, an Individual,<br><br>    Defendants. | Case No. 24-CV-00009-MTS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Alec Hayward-Preaus, stipulates with Defendants, Smart Future Xpress, Inc., and Amandeep Singh, that Plaintiff's actions against Defendants are hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/Donald E. Smolen, II
Donald E. Smolen, II, OBA #19944
Mathew S. Saint, OBA #38173
SMOLEN | LAW, PLLC
611 S. Detroit Ave.
Tulsa, OK 74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
don@smolen.law
matt@smolen.law
*Attorneys for Plaintiff*


 /s/Kaylee Patricia Davis-Maddy
Stuart D. Campbell, OBA #11246
DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP
700 Williams Center Tower II
Two West Second Street
Tulsa, OK 74103
P: (918) 582-1211
F: (918) 591-5360
scampbell@dsda.com

and

Kaylee Patricia Davis-Maddy
DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
P: (918) 591-5242
F: (918) 925-5242
kmaddy@dsda.com
*Attorneys for Defendants Smart Future Xpress, Inc. and Amandeep Singh*

8591144.1